IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MILTON VERAN WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case Number CIV-04-706-C |
| ) | |
| MARTY SIRMAN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

This action for habeas corpus relief brought by a prisoner, proceeding *pro se*, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Bacharach entered a Report and Recommendation on April 25, 2005, to which Petitioner, after receiving two extensions of time, has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. Petitioner raises a number of objections which only reiterate issues considered and rejected by the Magistrate Judge. Indeed, there is nothing asserted by Petitioner in his objection which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 2nd day of August, 2005.

_____
ROBIN J. CAUTHRON
United States District Judge